PROB 12C
(6/16)

Report Date: February 1, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alden W. Starr | Case Number: 0980 2:09CR02002-LRS-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a) | |
| Original Sentence: | Prison - 168 months<br>TSR - 180 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 24, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 23, 2036 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #30**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: On December 24, 2021, Alden Starr allegedly violated special condition number 30 by failing to abide by the rules and requirement of the residential reentry center (RRC), which ultimately resulted in the termination of the offender's public law placement at the facility.<br><br>On September 3, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Starr, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.<br><br>On June 9, 2021, this officer submitted a request for modifying the conditions of supervision with consent of the offender; it was requested that Your Honor modify his conditions of supervision to include placement at the RRC for a period up to 180 days. As noted in that report, Mr. Starr did not have a potential release residence, and thus was expected to be homeless upon his release. |

Prob12C
Re: Starr, Alden W.
February 1, 2022
Page 2

On June 10, 2021, Your Honor granted that request and modified the offender's conditions of supervision to include public law placement at the RRC. As an element of that additional condition, Mr. Starr was also required to abide by the rules and requirements of the facility.

On December 27, 2021, the undersigned received notification from the RRC's director that Mr. Starr had been caught with a vape pen, which is prohibited by the facility's rules. Because it was the second time he had been found in possession of a vape pen, his behavior was seen as a blatant disregard for the program's regulations, and it was decided that the offender's placement would be terminated.

On December 27, 2021, Mr. Starr was contacted and informed he would need to vacate the RRC as a result of his noncompliance. With no other housing options, the offender was instructed to report to the Union Gospel Mission men's shelter, where he continues to reside.

2       **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated enter into and successfully complete an approved substance abuse treatment program including aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: On January 4, 2021, Alden Starr allegedly violated special condition number 14 by failing to engage in substance abuse treatment with Pioneer Human Services (PHS) as required.

On September 3, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Starr, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 4, 2021, the undersigned officer received notification from PHS that Mr. Starr had not participated in treatment since December 8, 2021, and was approaching 30 days of treatment inactivity, at which time he would be unsuccessfully discharged.

Later that evening, on January 4, 2021, PHS notified the assigned officer that the offender had failed to report for his substance abuse group treatment session as scheduled.

On January 6, 2021, Mr. Starr again failed to attend his substance abuse group treatment session with PHS.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/01/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Starr, Alden W.**
**February 1, 2022**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

February 2, 2022
Date