PROB 12C
(6/16)

Report Date: February 24, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alden W. Starr | Case Number: 0980 2:09CR02002-LRS-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

| | |
|---|---|
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a) |
| Original Sentence: | Prison - 168 months<br>TSR - 180 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick |
| | Date Supervision Commenced: August 24, 2021 |
| Defense Attorney: | Payton B. Martinez |
| | Date Supervision Expires: August 23, 2036 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/01/2022.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #14**:  You shall undergo a substance abuse evaluation and, if indicated enter into and successfully complete an approved substance abuse treatment program including aftercare.  You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: On February 2, 2022, Alden Starr allegedly violated special condition number 14 by failing to engage in substance abuse treatment with Pioneer Human Services (PHS) as required. |
| | On September 3, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Starr, as outlined in the judgement and sentence.  He signed a copy acknowledging the requirements. |
| | On February 3, 2022, the undersigned officer received notification from PHS that Mr. Starr had failed to report for his group treatment session as scheduled on February 2, 2022. |

Prob12C
Re: Starr, Alden W.
February 24, 2022
Page 2

| | | |
|---|---|---|
| 4 | **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. | |

**Supporting Evidence**: On or about February 12, 2022, Alden Starr allegedly violated special condition number 16 by consuming alcohol.

On September 3, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Starr, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

On February 14, 2022, this officer received notification that the offender had contact with law enforcement on February 13, 2022, although the details of that interaction were unclear. It should be noted, Mr. Starr did not notify the assigned officer he had contact with law enforcement.

On February 15, 2022, the undersigned officer contacted Mr. Starr and although he initially insisted he did not have anything he needed to speak to this officer about, he ultimately acknowledged he had law enforcement contact on February 13, 2022. According to the offender, he had been "at the bar buying drinks" and became intoxicated, so he could not recall the details of his contact with law enforcement.

On February 16, 2022, Mr. Starr reported to the U.S. Probation Office as instructed by the undersigned officer and signed an admission of use form confirming his alcohol use on or about February 12, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/24/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Starr, Alden W.**
**February 24, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 25, 2022
Date