PROB 12C
(6/16)

Report Date: April 27, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Alden W. Starr | Case Number: | 0980 2:09CR02002-LRS-1 |
| Address of Offender: | | | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a) | | |
| Original Sentence: | Prison - 168 months<br>TSR - 180 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | August 24, 2021 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: | August 23, 2036 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/01/2022 and 02/24/2022.

On September 3, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Starr, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: On April 13, 2022, Alden Starr allegedly violated special condition number 14 by failing to engage in substance abuse treatment with Pioneer Human Services (PHS) as required.<br><br>On April 14, 2022, this officer received notification from PHS that the offender failed to report for his group treatment session as scheduled on April 13, 2022. Mr. Starr claimed he missed the group session because he woke up late. |
| 6 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Starr, Alden W.
April 27, 2022
Page 2

        **Supporting Evidence**: On or about April 16, 2022, Alden Starr allegedly violated special condition number 15 by consuming methamphetamine.

        On April 18, 2022, the offender contacted the undersigned officer and admitted to the use of methamphetamine on or about April 16, 2022. While Mr. Starr was praised for his honesty, he was also reminded that his use of methamphetamine was both a violation of his supervision conditions and counterproductive to the goals he had set for himself. The offender was instructed to report to the U.S. Probation Office the next morning, on April 19, 2022, to submit to urinalysis testing and sign an admission of use form.

        On April 19, 2022, Mr. Starr reported to the U.S. Probation Office, but because he did not convey the reason for his visit to front desk staff, he could not be assisted.

        The offender ultimately reported to the U.S. Probation Office on April 21, 2022, to meet with this officer. At that time, he signed an admission of use form confirming his use.

7        **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

        **Supporting Evidence**: On April 20, 2022, Alden Starr allegedly violated special condition number 14 by failing to engage in substance abuse treatment with PHS as required.

        On April 21, 2022, this officer received notification from PHS that the offender failed to report for his group treatment session as scheduled on April 20, 2022.

8        **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

        **Supporting Evidence**: On April 22, 2022, Alden Starr allegedly violated special condition number 14 by failing to engage in substance abuse treatment with PHS as required.

        On April 25, 2022, this officer received notification from PHS that the offender failed to report for his group treatment session as scheduled on April 22, 2022.

9        **Special Condition #24**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.

        **Supporting Evidence**: On April 22, 2022, Alden Starr allegedly violated special condition number 24 by possessing sexually explicit content involving adults.

Prob12C
Re: Starr, Alden W.
April 27, 2022
Page 3

On April 22, 2022, this officer was contacted by staff with the Lincoln House, where the offender is currently residing. According to the information received, sexually explicit magazines were found in Mr. Starr's property. Because the Lincoln House has prohibited its residents from possessing any sexually explicit items or material, the magazines were confiscated. The undersigned officer was informed that Mr. Starr's violation of the house rules could result in the termination of his residency at the Lincoln House.

During a maintenance polygraph on that same date, April 22, 2022, the offender admitted to masturbating "three times per week to adult pornography."

10     **Special Condition #24**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.

**Supporting Evidence**: On April 22, 2022, Alden Starr admitted to allegedly violating special condition number 24 by going to an establishment involved in the sex industry and patronizing a massage parlor.

On April 22, 2022, Alden Starr was subject to a maintenance polygraph. According to the polygraph report this officer received, the offender admitted to going to Ms. Kitty's adult store approximately 4 months ago. During that polygraph, the offender also admitted engaging in sexual activities at a massage parlor, "one time, about 4 months ago."

On April 25, 2022, this officer contacted the offender to discuss the results of his recent polygraph. When confronted with the alleged violations, Mr. Starr responded that he is "a man." He further suggested that he was being punished for being honest during the polygraph test and when the undersigned reiterated that any behavior alleged to violate the conditions of his federal supervision must be reported to the Court, the offender suggested that U.S. Probation Office staff believe we "are above (him)."

12     **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On April 22, 2022, Alden Starr admitted to allegedly violating special condition number 24 by consuming alcohol more than 50 times at Rick's Ringside Bar.

On April 22, 2022, Alden Starr was subject to a maintenance polygraph. According to the polygraph report this officer received, the offender admitted to consuming alcohol "more than 50 times at Rick's Ringside Bar."

On April 25, 2022, the assigned officer contacted the offender to discuss the results of his polygraph test. He did not deny the information this officer received but he did become very agitated when it was explained that the undersigned had an obligation to report his alleged violation behavior to the Court.

Prob12C
**Re: Starr, Alden W.**
**April 27, 2022**
**Page 4**

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/27/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 27, 2022
Date