PROB 12C  
(6/16)

Report Date: June 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alden W. Starr                    Case Number: 0980 2:09CR02002-LRS-1

Address of Offender: ███████████████ , Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

Original Offense:          Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a)

Original Sentence:         Prison - 168 months              Type of Supervision: Supervised Release
                           TSR - 180 months

Revocation Sentence:       Prison - 6 months
(May 26, 2022)             TSR - 15 years

Asst. U.S. Attorney:       Ann Wick                         Date Supervision Commenced: October 27, 2022

Defense Attorney:          Federal Defender's Office        Date Supervision Expires: October 26, 2037

### PETITIONING THE COURT

To issue a summons.

On November 1, 2022, Mr. Starr's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by consuming alcohol on or about June 5, 2023.<br><br>On June 8, 2023, Mr. Starr attended an individual counseling session with his counselor at Pioneer Human Services (PHS).  At that time, he disclosed that he consumed alcohol on June 5, 2023, following his discharge from the residential reentry center (RRC). |

Prob12C
Re: Starr, Alden W.
June 15, 2023
Page 2

    2    **Special Condition # 9:**  You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence:** The offender is alleged to have violated special condition number 9, by possessing pornography on multiple occasions between on or about October 2022 through June 2023.

On June 13, 2023, this officer contacted the offender at his residence for the purpose of a home inspection.  During that meeting, Mr. Starr admitted to the probation officer that he had been struggling. Specifically, he indicated he has been viewing adult pornography on his telephone, "a few times," per week since he commenced supervision in October 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 15, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

June 26, 2023
Date