PROB 12C
(6/16)

Report Date: July 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Alden W. Starr | Case Number: | 0980 2:09CR02002-LRS-1 |
| Address of Offender: | ████████████, Spokane, Washington 99201 | | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a) | | |
| Original Sentence: | Prison - 168 months<br>TSR - 180 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(May 26, 2022) | Prison - 6 months<br>TSR - 15 years | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | October 27, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 26, 2037 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/15/2023.

On November 1, 2022, Mr. Starr's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Modified Special Condition #8**: You must not loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades on or about July 4, 2023. |
| | **Supporting Evidence**: The offender is alleged to have violated modified special condition number 8, by loitering within 500 feet of a city park on or about July 4, 2023. |
| | On July 5, 2023, the probation officer contacted Mr. Starr to reschedule an appointment.  At that time, he informed the probation officer that he attended a barbeque at a local city park on July 4, 2023.  He further explained that it was sponsored by his alcoholics anonymous (AA) group.  When the undersigned informed him he is not to loiter within 500 feet of city parks pursuant to his modified special condition of supervision, he informed the probation officer that he did not realize it was a violation since it was an AA sponsored event.  He denied having contact with any minors while at the park. |

Prob12C
Re: Starr, Alden W.
July 14, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/14/2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 17, 2023
Date