PROB 12C
(6/16)

Report Date: July 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alden W. Starr                    Case Number: 0980 2:09CR02002-LRS-1

Address of Offender: ███████████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

| | |
|---|---|
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. § 1153 & 2243(a) |
| Original Sentence: | Prison - 168 months     Type of Supervision: Supervised Release<br>TSR - 180 months |
| Revocation Sentence:<br>(May 26, 2022) | Prison - 6 months<br>TSR - 15 years |
| Asst. U.S. Attorney: | Ann Wick     Date Supervision Commenced: October 27, 2022 |
| Defense Attorney: | Federal Defender's Office     Date Supervision Expires: October 26, 2037 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/15/2023 and 07/14/2023.

On November 1, 2022, Mr. Starr's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by ingesting a controlled substance, suboxone, on or about July 21, 2023.<br><br>On July 24, 2023, Mr. Starr submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for suboxone. At that time, he signed an admission form acknowledging use of suboxone on or about July 21, 2023. |

Prob12C
Re: Starr, Alden W.
July 25, 2023
Page 2

> 5   **Special Condition #10:** You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.
>
> On June 5, 2023, the probation officer authorized Mr. Starr to be released from the residential reentry center (RRC) to an approved clean and sober house located at 1819 West Gardner Avenue, Spokane, Washington.
>
> On July 24, 2023, Mr. Starr's placement at the clean and sober house was terminated. According to the housing manager, Mr. Starr was asked to provide a urine specimen for drug testing on July 23, 2023, due to suspicions that he may be using illicit substances. Subsequently, the urine specimen returned positive for alcohol. When the housing manager went to question the offender about the positive result, Mr. Starr's roommate admitted to submitting the urine specimen for the offender.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 25, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [✓] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

July 25, 2023
Date