PROB 12C
(6/16)

Report Date: June 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alden W. Starr                    Case Number: 0980 2:09CR02002-LRS-1

Address of Offender: ███████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a) | |
| Original Sentence: | Prison - 168 months<br>TSR - 180 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 26, 2022) | Prison - 6 months<br>TSR - 10 years | |
| Revocation Sentence:<br>(August 31, 2023) | Prison - 6 months<br>TSR - 15 years | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: January 24, 2024 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: January 23, 2039 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/14/2024.

On January 25, 2024, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 13, by failing to follow the probation officer's instructions. |

Prob12C  
Re: Starr, Alden W.  
**June 28, 2024**  
**Page 2**

On February 22, 2024, this officer met with the offender at the residential reentry center (RRC) to discuss his progress on supervision. At that time, he expressed frustration because it was difficult to contact employers and job search without a cellular telephone. As such, the probation officer gave the offender permission to access the Internet on the computers at the RRC for the sole purpose of searching for employment. It should be noted, this officer was unaware that the offender possessed an unauthorized cellular telephone at the time.

The offender failed to follow the probation officer's instructions, as he utilized the computers at the RRC to talk to his girlfriend on or about June 7 and June 12, 2024.

6     **Special Condition # 5**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by violating the RRC rules and requirements on or about June 7 and 12, 2024.

On or about June 7, 2024, Mr. Starr utilized a computer at the RRC to have a conversation with his girlfriend. When confronted by RRC staff, he was defensive and became upset. In response, he was told by RRC staff that he had to get off the computer, as he was only approved to use the RRC computers to job search.

On or about June 12, 2024, Mr. Starr again used a computer at the RRC to talk to his girlfriend online. In response, the RRC revoked his computer privileges for 2 weeks.

When questioned by the probation officer, Mr. Starr admitted to using the RRC computers to talk to his girlfriend and he was well aware he was breaking the RRC rules.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 28, 2024

s/Lori Cross

Lori Cross  
U.S. Probation Officer

Prob12C
**Re: Starr, Alden W.**
**June 28, 2024**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 1, 2024
Date