PROB 12C  
(6/16)

Report Date: July 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alden W. Starr | Case Number: 0980 2:09CR02002-LRS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a) | |
| Original Sentence: | Prison - 168 months<br>TSR - 180 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 26, 2022) | Prison - 6 months<br>TSR - 10 years | |
| Revocation Sentence:<br>(August 31, 2023) | Prison - 6 months<br>TSR - 15 years | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: January 24, 2024 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: January 23, 2039 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/14/2024 and 06/28/2024.

On January 25, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said condition acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #14**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |

Prob12C
Re: Starr, Alden W.
July 8, 2024
Page 2

**Supporting Evidence**: The offender is alleged to have violated special condition number 14, by failing to attend an individual sex offender treatment session on July 5, 2025.

This officer received notification from Mr. Starr's sex offender treatment therapist that he failed to report for a scheduled individual treatment session on July 5, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 8, 2024
Date