PROB 12C
(6/16)

Report Date: July 26, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Alden W. Starr                     Case Number: 0980 2:09CR02002-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

Original Offense:        Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. § 1153 & 2243(a)

Original Sentence:       Prison - 168 months               Type of Supervision: Supervised Release
                         TSR - 180 months

Revocation Sentence:     Prison - 6 months
(May 26, 2022)           TSR - 10 years

Revocation Sentence:     Prison - 6 months
(August 31, 2023)        TSR - 15 years

Asst. U.S. Attorney:     Ann Wick                          Date Supervision Commenced: January 24, 2024

Defense Attorney:        Nathan Poston                     Date Supervision Expires: January 23, 2039

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/14/2024, 06/28/2024, and 07/08/2024.

On January 25, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #10**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, without permission of the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 10, by having contact with a minor without the permission of the probation officer on or about July 22, 2024. |

Prob12C
Re: Starr, Alden W.
July 26, 2024
Page 2

On July 25, 2024, this officer contacted the offender via telephone to discuss his housing situation. During that conversation, Mr. Starr mentioned in passing that he had contact with his girlfriend's minor son on or about July 22, 2024. He explained that his girlfriend picked him up to take him to an appointment and her teenage son was also in the vehicle. When questioned as to why he would accept a ride from his girlfriend when her minor son was in the vehicle, Mr. Starr responded, "I didn't even think about it." He further stated that he did not believe he did anything wrong because his girlfriend is his approved chaperone for minor contact. Mr. Starr was admonished for his behavior, as he never received permission from the probation officer to have contact with his girlfriend's son.

It should be noted, during an office appointment with the offender and his girlfriend on June 25, 2024, the offender was advised that even though his girlfriend is an approved chaperone, all minor contact has to be approved by the probation officer in advance. When Mr. Starr was reminded of this conversation, he acknowledged he was aware he was not authorized to have contact with his girlfriend's son.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 26, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

July 26, 2024
Date