PROB 12C
(6/16)

Report Date: November 13, 2025

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2025

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision    ECF No. 225

| | |
|---|---|
| Name of Offender: Alden W. Starr | Case Number: 0980 2:09CR02002-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99212 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: February 3, 2010 | |
| Original Offense: | Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a) |
| Original Sentence: | Prison - 168 months / TSR - 180 months    Type of Supervision: Supervised Release |
| Revocation Sentence: (May 26, 2022) | Prison - 6 months / TSR - 10 years |
| Revocation Sentence: (August 31, 2023) | Prison - 6 months / TSR - 15 years |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: January 24, 2024 |
| Defense Attorney: Nathan Poston | Date Supervision Expires: January 23, 2039 |

## PETITIONING THE COURT

To issue a warrant.

On January 25, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse race tracks, off-track betting establishments). |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 18, by entering a casino and gambling on or about November 7, 2025. |
| | On November 12, 2025, the offender reported to the U.S. Probation Office. During a meeting with the probation officer, he admitted to gambling at the Northern Quest Casino on or about November 7, 2025. |

Prob12C
**Re: Starr, Alden W.**
**November 13, 2025**
**Page 2**

| | |
|---|---|
| 2 | **Special Condition #17**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as direct4ed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 17, by consuming alcohol on or about November 7 and 8, 2025.

On November 12, 2025, the offender admitted to the probation officer that he consumed alcohol on or about November 7 and 8, 2025. When questioned further by the probation officer, Mr. Starr disclosed that he was extremely intoxicated. According to the offender, he and his girlfriend, who was also intoxicated, got into a domestic dispute at the casino and he left the premises. He remembered later being at a laundry mat, but he had no memory of how he got there.

| | |
|---|---|
| 3 | **Special Condition #16:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 16, by ingesting a controlled substance, methamphetamine, on or about November 9, 2025.

On November 12, 2025, Mr. Starr submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine. At that time, he signed an admission form acknowledging use of said substance on or about November 9, 2025. Upon further questioning, he also admitted to the probation officer that he operated a motor vehicle on or about November 9, 2025, after he had ingested methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 13, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Starr, Alden W.**
**November 13, 2025**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[✓]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[✓]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

November 14, 2025
Date