PROB 12C
(6/16)

Report Date: November 17, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 229

Name of Offender: Alden W. Starr                    Case Number: 0980 2:09CR02002-LRS-1

Address of Offender: ███████████████ Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2010

Original Offense:         Crime on an Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 2243(a)

Original Sentence:        Prison - 168 months             Type of Supervision: Supervised Release
                          TSR - 180 months

Revocation Sentence:      Prison - 6 months
(May 26, 2022)            TSR - 10 years

Revocation Sentence:      Prison - 6 months
(August 31, 2023)         TSR - 15 years

Asst. U.S. Attorney:      Ann Wick                        Date Supervision Commenced: January 24, 2024

Defense Attorney:         Federal Defenders Office        Date Supervision Expires: January 23, 2039

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 13, 2025.

On January 25, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 8, by interacting with an individual who had outstanding warrants on or about November 9, 2025. |

Prob12C
**Re: Starr, Alden W.**
**November 17, 2025**
**Page 2**

On November 14, 2025, this officer received a CAD report indicating law enforcement had contact with Mr. Starr on or about November 9, 2025. According to the report, Mr. Starr was the passenger in a vehicle operated by a female who had active warrants for bank fraud, conspiracy to commit mail theft and third degree theft. Thereafter, the female driver was arrested.

Mr. Starr did not have permission from the probation officer to associate with the aforementioned individual.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 17, 2025

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/17/2025
Date